## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>REIMAN CORP., a Wyoming corporation; and TRAVELERS INDEMNITY CORPORATION, a Connecticut corporation,<br><br>    Defendant.<br><br>REIMAN CORP., a Wyoming corporation,<br><br>    Third party plaintiff,<br><br>vs.<br><br>THREE SONS, LLC, a Wyoming limited liability company,<br><br>    Third party defendant. | Case 10-CV-00129-ABJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the parties, by and through their undersigned counsel, and hereby agree as follows:

1. That the plaintiff Employers Mutual Casualty Company, on behalf of itself, its subsidiaries, affiliates, and assigns, hereby stipulates and agrees to dismiss with prejudice any claims asserted or that could have been asserted in the above-entitled action against the defendants Reiman Corp., Travelers Indemnity Corporation, and additional Travelers insurance companies, including but not limited to The Charter Oak Fire Insurance Company.

2. That the defendants Reiman Corp. and Travelers Indemnity Corporation, together with any other Travelers insurance companies, including but not limited to The Charter Oak Fire Insurance Company, on their behalf and on behalf of their subsidiaries, affiliates and assigns, agree to dismiss with prejudice any claims asserted or that could have been asserted in this action.

3. That the defendant Reiman Corp. agrees to dismiss with prejudice any claims asserted or that could have been asserted against third party defendant Three Sons, LLC in this action.

4. The parties are to bear their own costs and expense of this litigation.

**WHEREFORE,** the parties stipulate and agree that the Court can enter an order incorporating the terms as outlined above.

DATED this \_\_11th\_\_ day of October, 2010.

---
Graham M. Smith, Attorney No. 6-3718
Robert C. Evans, CO Attorney No. 30403
EVANS & CO.
823 East 4th Avenue
Durango, CO 81301
Telephone (970) 375-9300

Attorneys For Employers Mutual Casualty Company

---
Judith Studer, Attorney No. 5-2174
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone (307) 235-6681

Attorneys For Reiman Corp. and Travelers Indemnity Corporation

---
John R. Worrall, Attorney No. 5-1697
WORRALL & GREEAR, PC
1112 Robertson Avenue
PO Box 552
Worland, WY 82401
Telephone (307) 347-9801

Attorneys For Three Sons, LLC

3